No. 42. TILLMAN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Charles B. Evins, Heber T.*

*Dotson, Howard T. Savage* and *Earl E. Strayhorn* for petitioner.